IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JUSTIN CATY                                                     PLAINTIFF
#207688

v.                              No: 4:21-cv-1009-DPM

ERIC HIGGINS, Sheriff, Pulaski County;
ROSE, Major, Supervisor, PCRDF;
ALLEN, Lieutenant, Housing, PCRDF; and
NEWBURN, Lieutenant, Housing Night Shift,
PCRDF                                                           DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Caty hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc.* 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

9 December 2021